IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

Johnnie B. Shaw
    Plaintiff    *

v.                    Case No.: JFM 02 CV 3782

ACandS, Inc., et al.,
    Defendants    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND**

    Plaintiff, Johnnie B. Shaw, and Defendant, Hopeman Brothers, Inc., by their undersigned counsel stipulate and agree that the time for Plaintiff to file a Motion to Remand this case to the Circuit Court for Baltimore is extended to December 24, 2002.

    Pursuant to a status conference meeting conducted by the Honorable J. Frederick Motz on December 13, 2002, Plaintiff's Counsel will file adoptions of the motion for remand in other cases in which Hopeman Brothers, Inc. has removed the claims to this Court from the Circuit Court of Maryland for Baltimore City. This stipulation will apply to the following such cases:

    Thurmon A. Brown v. ACandS, Inc. et al., Case No.: JFM 02CV 3810; and

    Otis L. Lucas v. ACandS, Inc. et al., Case No.: JFM 02 CV 3809.

_____      _____
David W. Allen, Esquire            Timothy J. Hogan, Esquire
Goodell, DeVries, Leech & Dann    Law Offices of Peter T. Nicholl
1 South Street, 20th Floor        36 S. Charles Street, Suite 1700
Baltimore, MD 21202              Baltimore, MD 21201
410-783-4000                     410-244-7005